**BRONSON LAW OFFICES, P.C.**

480 Mamaroneck Avenue, Harrison, NY 10528
42 Catharine Street, Poughkeepsie, NY 12601

Tel. (877) 385-7793
Fax (888) 908-6906
www.bronsonlawoffices.com

H. Bruce Bronson, Jr., Esq.
(admitted NY)
email: hbbronson@bronsonlaw.net

Of Counsel:
**Victoria R. Lehning, Esq.**

March 7, 2018

Hon. Chief Judge Cecelia G. Morris
US Bankruptcy Court
Southern District of New York
1 Bowling Green
New York, New York

      Re:     <u>Amit Levitin ("Debtor")</u>
                  <u>Bankruptcy Case No: 17-11260</u>
                  <u>Letter of No Objection to Motion for Relief from Automatic Stay</u>

Dear Judge Morris:

This firm represents the above captioned Debtor.

After consultation with the Debtor, our office has no objection to Shellpoint Mortgage Servicing's Motion for Relief from the Automatic Stay (ECF Docket #24) as to the property located at 200 Paterson Plank Road, #504, Union NJ 07087.

                                                   Very truly yours,

                                                   **/s/ H. Bruce Bronson**
                                                    H. Bruce Bronson